# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR364 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | JUDGE SARA LIOI |
| | ) | |
| JAMI M. BRADEMEYER, | ) | **UNOPPOSED MOTION TO CONTINUE** |
| | ) | **FINAL PRETRIAL AND TRIAL** |
| Defendant. | ) | |
| | ) | |

Now comes Defendant, Jami M. Brademeyer, and respectfully moves this Honorable Court, pursuant to 18 U.S.C. § 3161(h)(7)(B), to continue the final pretrial and trial of this matter for an additional forty-five (45) days, for the reasons set forth in the accompanying Memorandum.

Respectfully submitted,

/s/ *Paul M. Flannery*
Paul M. Flannery (OH: 0091480)
**Flannery | Georgalis, LLC**
1375 E. 9th St., Suite 2810
Cleveland, OH 44114
Telephone: (216) 367-2094
Email: paul@flannerygeorgalis.com

*Attorney for Defendant Jami M. Brademeyer*

MEMORANDUM

Defendant was indicted in this case on July 10, 2018. Defendant was charged with one count of Theft of Government Property (18 U.S.C. § 641) and one count of False Statement and Fraud to Obtain Federal Employees' Compensation (18 U.S.C. § 1920). Defendant's arraignment occurred on July 27, 2018. A final pretrial conference is set for September 11, 2018, and trial is set for September 24, 2018. Defendant seeks an "ends of justice" continuance in this matter because, under the circumstances, appropriate investigation and preparation cannot be accomplished within the current time constraints.

On August 13, 2018, Defendant received the government's first discovery production. The government provided 11 disks – one disk containing 132 documents and the remaining 10 disks containing video surveillance (some of which are unable to be viewed by Defendant as they are either in a format defense counsel cannot play or the files are corrupt). Defendant needs additional time to examine and review all the discovery and to work with the government on the disk formatting issue.

This case presents potential complex medical issues. For instance, part of the government's case will involve the government establishing that Ms. Brademeyer's claims of disability are false and not medically supportable. In order to defend against these charges, the defense needs sufficient time to explore the potential for a medical expert to review documents and video in order to provide relevant opinions. In addition, once Defendant has had the opportunity to review all the discovery, she requests additional time to conduct plea negotiations with the government. Defendant anticipates an additional time of forty-five (45) days should be sufficient for effective preparation, taking into account the exercise of due diligence.

2

Therefore, Defendant respectfully requests that this Court grant an "ends of justice" continuance of the trial pursuant to 18 U.S.C. § 3161(h)(7)(B).  Counsel has discussed this matter with the Defendant and she is willing to waive her right to speedy trial.  Counsel has also communicated with the government regarding this request.  The government has indicated that it has no objection to a continuance.

                                        Respectfully submitted,

                                        /s/ *Paul M. Flannery*
                                        Paul M. Flannery (OH: 0091480)

                                        *Attorney for Defendant Brademeyer*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2018, a copy of the foregoing Motion to Continue was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                        /s/ *Paul M. Flannery*
                                        Paul M. Flannery

                                        *Attorney for Defendant Brademeyer*